# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARK A. WINCHESTER, SR.**                                      **PLAINTIFFS**

**4:17-CV-00504-BRW**

**20TH JUDICIAL PROSECUTOR'S**
**OFFICE,** *et al.*                                                           **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 8). Plaintiff has not responded and the time for doing so has passed.

Plaintiff's Complaint sets out claims of defamation and civil conspiracy against the Arkansas 20th Judicial Prosecutor's Office and prosecutor Cody Hiland. The allegations are based on Plaintiff's employment as a Mayflower, Arkansas police officer and his termination from that position.

Federal court diversity jurisdiction requires an amount in dispute over $75,000 and that all the parties on one side of the controversy must be citizens of different states from all of the parties on the other side.[1] Based on the Complaint, Plaintiff alleges only state-law claims and all of the parties involved are citizens of Arkansas.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 8) is GRANTED and this case is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 27th day of September, 2017.

                                                               /s/ Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1332; *Indianapolis v. Chase National Bank*, 314 U.S. 63, 70 (1941).